AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McAliley, Chris M. | U.S. Dist Court, S. Dist. FL | 05/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

C Clyde Atkins US Courthouse
301 North Miami Avenue
6th Floor
Miami, Florida 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Settlor & Trustee | Trust #1 |
| 2. | Settlor & Trustee | Trust #2 |
| 3. | Settlor | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | HARTFORD HEALTHCARE FUND CL I (TRUST #1) | A | Dividend | J | T | | | | | |
| 2. | PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (TRUST #1) | A | Dividend | J | T | Sold (part) | 10/09/18 | J | A | |
| 3. | FIDELITY LOW PRICE STOCK (TRUST #1) | A | Dividend | J | T | Sold (part) | 10/09/18 | J | A | |
| 4. | VANGUARD DIVIDEND GROWTH (TRUST #1) | A | Dividend | J | T | Buy (add'l) | 03/29/18 | J | | |
| 5. | FIDELITY ADVISOR MEGA CAP STOCK (TRUST #1) | A | Dividend | | | Sold | 03/29/18 | J | B | |
| 6. | PRIMECAP ODYSSEY STOCK (TRUST #1) | A | Dividend | | | Sold (part) | 03/15/18 | J | B | |
| 7. | PRIMECAP ODYSSEY STOCK (TRUST #1) | A | Dividend | | | Sold | 10/30/18 | J | B | |
| 8. | VANGUARD SHORT TERM INVMT GRADE ADMIRAL (TRUST #1) | A | Dividend | K | T | Sold (part) | 05/11/18 | J | A | |
| 9. | VANGUARD SHORT TERM INVMT GRADE ADMIRAL (TRUST #1) | A | Dividend | K | T | Buy (add'l) | 07/31/18 | J | | |
| 10. | FIDELITY ADVISOR INT'L GROWTH FUND (TRUST #1) | A | Dividend | J | T | Sold (part) | 07/31/18 | J | A | |
| 11. | ARTISAN HIGH INCOME FUND ADVISOR (TRUST #1) | A | Dividend | J | T | Sold (part) | 05/11/18 | J | A | |
| 12. | VANGUARD INTERMEDIATE TERM INVMT GR ADMIRAL (TRUST #1) | A | Dividend | K | T | Sold (part) | 10/09/18 | J | A | |
| 13. | FIDELITY GOVERNMENT CASH RESERVES (TRUST #1) | A | Interest | J | T | | | | | |
| 14. | | | | | | | | | | |
| 15. | HARTFORD HEALTHCARE FUND CL I (TRUST #2) | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 16. | PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (TRUST #2) | A | Dividend | J | T | Sold (part) | 01/08/18 | J | A | |
| 17. | PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (TRUST #2) | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FIDELITY LOW PRICE STOCK (TRUST #2) | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 19. FIDELITY LOW PRICE STOCK (TRUST #2) | A | Dividend | J | T | Sold (part) | 12/04/18 | J | A | |
| 20. VANGUARD DIVIDEND GROWTH (TRUST #2) | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 21. VANGUARD DIVIDEND GROWTH (TRUST #2) | A | Dividend | J | T | Sold (part) | 12/04/18 | J | A | |
| 22. FIDELITY ADVISOR MEGA CAP STOCK (TRUST #2) | A | Dividend | | | Sold | 03/29/18 | J | A | |
| 23. PRIMECAP ODYSSEY STOCK (TRUST #2) | A | Dividend | | | Sold (part) | 01/08/18 | J | A | |
| 24. PRIMECAP ODYSSEY STOCK (TRUST #2) | A | Dividend | | | Sold | 11/15/18 | J | B | |
| 25. VANGUARD SHORT TERM INVMT GRADE ADMIRAL (TRUST #2) | A | Dividend | J | T | Buy (add'l) | 10/05/18 | J | | |
| 26. FIDELITY ADVISOR INT'L GROWTH FUND (TRUST #2) | A | Dividend | J | T | Sold (part) | 01/08/18 | J | A | |
| 27. FIDELITY ADVISOR INT'L GROWTH FUND (TRUST #2) | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 28. ARTISAN HIGH INCOME FUND ADVISOR (TRUST #2) | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 29. VANGUARD INTERMEDIATE TERM INVMT GR ADMIRAL (TRUST #2) | A | Dividend | J | T | Buy (add'l) | 10/05/18 | J | | |
| 30. FIDELITY GOVERNMENT CASH RESERVES (TRUST #2) | A | Interest | J | T | | | | | |
| 31. ISHARES NATIONAL MUNI BOND ETF (TRUST #2) | A | Dividend | | | Sold | 10/05/18 | J | A | |
| 32. | | | | | | | | | |
| 33. PRIMECAP ODYSSEY AGGRESSIVE GRWTH FD (IRA) | C | Dividend | M | T | | | | | |
| 34. FIDELITY LOW PRICE STOCK (IRA) | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VANGUARD DIVIDEND GROWTH (IRA) | B | Dividend | M | T | Sold (part) | 06/28/18 | J | C | |
| 36. VANGUARD DIVIDEND GROWTH (IRA) | B | Dividend | M | T | Buy (add'l) | 03/28/18 | L | | |
| 37. FIDELITY ADVISOR MEGA CAP STOCK FUND (IRA) | C | Dividend | | | Sold | 03/28/18 | L | E | |
| 38. PRIMECAP ODYSSEY STOCK FUND (IRA) | C | Dividend | K | T | Sold (part) | 02/15/18 | J | D | |
| 39. VANGUARD SHORT TERM INVEST GRADE ADMIRAL (IRA) | A | Dividend | L | T | Buy (add'l) | 07/31/18 | K | | |
| 40. FIDELITY ADVISOR INT'L GROWTH FUND (IRA) | A | Dividend | L | T | | | | | |
| 41. HARTFORD HEALTHCARE FUND CL F (IRA) | A | Dividend | K | T | | | | | |
| 42. ARTISAN HIGH INCOME FUND ADVISOR (IRA) | B | Dividend | K | T | | | | | |
| 43. VANGUARD INTERMEDIATE TERM INVMT GR ADMIRAL (IRA) | B | Dividend | L | T | Buy (add'l) | 02/15/18 | J | | |
| 44. SEAFARER OVERSEAS GROWTH & INC (IRA) | B | Dividend | | | Sold | 07/31/18 | K | B | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

TRUST #3 REPORTED ON PART I, HAS NO REPORTABLE ASSETS.

ASSETS ON PART VII "INVESTMENTS AND TRUSTS" THAT WERE FULLY SOLD IN 2016 WERE REMOVED/DELETED FROM THE SCHEDULE.

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Chris M. McAliley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544